IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| NICOLE EZELIUS ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon motion of the defendant for the temporary return of her passports for the purpose of renewing them. (Doc. No. 22). Neither the U.S. Attorney's Office nor the U.S. Probation Office oppose the request.

For the reasons stated in the motion, the Court finds good cause to allow the temporary return of her passports.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED** and the defendant's passports shall be returned to her for the limited purpose of seeking their renewal. When they are no longer needed for that purpose, they are to be immediately returned to the custody of the U.S. Probation Office. All other conditions remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation office.

Signed: March 21, 2008

Robert J. Conrad, Jr.
Chief United States District Judge